| PROB 22 (Rev. 2/88) | | CASE NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 2:10CR00540-01 |
| | | CASE NUMBER *(Rec. Court)* |
| | | 17CR509(JBS) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Anthony Soli | Eastern District of Pennsylvania | Philadelphia |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Michael M. Baylson | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 6-30-17    TO 6-29-20 |

**OFFENSE**

attempted possession with intent to distribute OxyContin (Count One)

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Eastern District of Pennsylvania

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **District of New Jersey** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_11/13/17_
Date

_[signature]_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE District of New Jersey

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_11/21/17_
Effective Date

_Jerome B. Simandle_
United States District Judge

RECEIVED
KMP
NOV 14 2017
U.S. Probation Office
Eastern District of PA