**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES, | HONORABLE JEROME B. SIMANDLE |
| v. | Crim. No. 17-509 (JBS) |
| ANTHONY SOLI, | |
| Defendant. | **ORDER TERMINATING** <br> **SUPERVISED RELEASE** |

This matter came before the Court upon the motion by Defendant Anthony Soli for early termination of Supervised Release [Docket Item 3]; and

The Court has considered the submissions of Defendant, and the United States, by Assistant U.S. Attorney Kristen M. Harberg, having indicated that it does not oppose the Defendant's motion [Docket Item 5]; and

The Court finding, pursuant to 18 U.S.C. § 3583(e)(1), after considering the factors set forth in § 3553(a) and Fed. R. Crim. P. 32.1(c), that good cause exists for granting this motion and terminating further supervision;

IT IS this **9th** day of **October**, **2018**, hereby

**ORDERED** that Defendant's motion is **GRANTED** and that the period of supervised release imposed herein in the Eastern

District of Pennsylvania (Case No. 2:10-CR-540)* on December 1, 2016 shall be, and it hereby is, **TERMINATED** as of the date of entry of this Order.

                                              **s/ Jerome B. Simandle**
                                              JEROME B. SIMANDLE
                                              U.S. District Judge

---

* Jurisdiction over Defendant's supervised release was transferred from the Eastern District of Pennsylvania to the District of New Jersey on Nov. 27, 2017 [Docket Item 1].